■ The People of the State of New York, Respondent, v Alfred Gibau, Also Known as Freddie Gibau, Appellant. — Judgment of the County Court, Nassau County (Clyne, J.), rendered May 21, 1982, affirmed. No opinion. ¶ Purported appeal as of right by defendant from an order of the same court, dated January 20, 1983, which denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction rendered May 21, 1982, is deemed an application pursuant to CPL 460.30 for an extension of time to apply for leave to appeal. Application granted and thereupon leave to appeal granted by Justice Niehoff upon the ground that the case involves questions of law and fact which ought to be reviewed by the Appellate Division (CPL 460.15, subd 1). ¶ Upon appeal by permission, order dated January 20, 1983, affirmed. No opinion. Mangano, J. P., Bracken, Weinstein and Niehoff, JJ., concur.

■ The People of the State of New York, Respondent, v Edgar Martinez, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (O'Brien, J.), rendered January 4, 1984, convicting him of manslaughter in the first degree, upon his guilty plea, and sentencing him to an indeterminate term of 4 to 12 years' imprisonment. ¶ Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to an indeterminate term of 2 to 6 years' imprisonment. As so modified, judgment affirmed. ¶ Under the circumstances of this case, the sentence as reduced is more appropriate. Titone, J. P., Gibbons, Brown and Niehoff, JJ., concur.